**Mary Lou RECCHIA, Plaintiff–Appellant,**

v.

**ERICSSON, INCORPORATED, Defendant–Appellee.**

No. 01–1386.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2001.

Decided Aug. 24, 2001.

Mary Lou Recchia, pro se. Bayard Easter Harris, Diane Marie Baun, Daniel Clayton Summerlin, III, Woods, Rogers & Hazlegrove, Roanoke, Virginia, for appellee.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Mary Lou Recchia appeals the district court's order granting Ericsson, Incorporated's motion for summary judgment in her employment discrimination action.

We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we deny Ericsson's motion to dismiss for failure to prosecute, we affirm on the reasoning of the district court. *See Recchia v. Ericsson, Inc.,* No. CA–99–95–6 (W.D.Va. Feb. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*